IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL                    No. C 06-03757 CRB

    Plaintiffs,                                                     **ORDER OF RECUSAL**

v.

CONNEX-ATC,

    Defendants.

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: June 15, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE