**WEINBERG, ROGER & ROSENFELD**
**VINCENT A. HARRINGTON, JR., ESQ.**
**1001 Marina Village Parkway, Suite 200**
**Alameda, CA 94501**
**(510) 337-1001**
**Attorney for Plaintiff**

**McMAHON, BERGER, HANNA,**
**LINIHAN, CODY & McCARTHY**
**JAMES N. FOSTER, JR. (appearing *pro hac vice*)**
**2730 North Ballas Road, Suite 200**
**St. Louis, Missouri 63131**
**(314) 567-7350**
**(314) 567-5968 - Facsimile**

**MORGENSTEIN & JUBELIRER, LLP**
**ALEXANDER P. CATALONA (CSB # 200901)**
**One Market**
**Spear Street Tower**
**Thirty-Second Floor**
**San Francisco, CA 94105**
**(415) 901-8700**
**415-901-8701 - Facsimile**

**Attorneys for Defendant**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 707,** ) ) ) | **Case No.:  3:06-CV-03757-MMC** |
| **Plaintiff,** ) ) | ~~**[PROPOSED]**~~ **ORDER GRANTING EXTENSION OF TIME** |
| **v.** ) ) | |
| **CONNEX-ATC, A VEOLIA TRANSPORTATION COMPANY,** ) ) ) | |
| **Defendants.** ) | |

Pursuant to a Stipulation filed by the parties,

1

1      IT IS HEREBY ORDERED that Defendant is granted an extension of time to answer or

2  otherwise respond to the Complaint.  Defendant shall file an answer or responsive pleading on or

3  before August 21, 2006.

4

5  DATED: _____August 22, 2006_____

6                                                    Maxine M. Chesney

7                                                    United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING EXTENSION OF TIME                    Case No. 3:06-CV-03757-MMC