IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 707,<br><br>          Plaintiff,<br><br>   v.<br><br>CONNEX-ATC,<br><br>          Defendant.<br>_____/ | No. C-06-3757 MMC<br><br>**ORDER REQUIRING PARTIES TO SUBMIT STATUS REPORTS** |

On October 18, 2006, the Court stayed the instant action pending arbitration. On March 30, 2007, the parties filed a joint statement informing the Court that they have been engaging in settlement discussions and that if a settlement is not reached by April 13, 2007, they will select arbitrators and proceed to arbitration. To ensure that the Court is apprised of developments in the case, the parties are hereby ORDERED to submit a joint status report no later than September 30, 2007, and at six month intervals thereafter until the arbitration is concluded or the action is otherwise resolved. If the action is settled, the parties shall notify the Court forthwith.

**IT IS SO ORDERED.**

Dated: April 4, 2007

MAXINE M. CHESNEY
United States District Judge