IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 707,<br><br>   Plaintiff,<br><br>   v.<br><br>CONNEX-ATC,<br><br>   Defendant.<br>_____/ | No. C-06-3757 MMC<br><br>**ORDER DIRECTING PARTIES TO COMPLY WITH ORDER OF APRIL 4, 2007** |

On April 4, 2007, the Court ordered the parties "to submit a joint status report no later than September 30, 2007, and at six month intervals thereafter until the arbitration is concluded or the action is otherwise resolved." (See Order of April 4, 2007 at 1:22-24.) To date, the parties have not filed a joint status report. The parties are directed to comply with the Order of April 4, 2007, by immediately submitting a joint status report apprising the Court of the status of the arbitration.

**IT IS SO ORDERED.**

Dated: October 10, 2007

_____
MAXINE M. CHESNEY
United States District Judge