IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 707,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNEX-ATC,<br><br>    Defendant.<br>_____ / | No. C-06-3757 MMC<br><br>**ORDER SCHEDULING STATUS CONFERENCE** |

      The Court is in receipt of plaintiff's and defendant's separate status reports, filed, respectively, on October 23, 2007 and October 24, 2007, in response to the Court's order of October 10, 2007, directing the parties to file a "joint status report." (<u>See</u> Order Directing Parties to Comply with Order of April 4, 2007, filed October 10, 2007.)

      The above-titled matter has been stayed for more than a year, for the purpose of the parties' participating in arbitration as ordered by the Court. (<u>See</u> Order Granting in Part and Denying in Part Motion to Dismiss; Staying Action Pending Arbitration; Vacating Hearing, filed October 18, 2006.) From the parties' status statements, it appears that no arbitration has been conducted to date.

      Accordingly, the parties are hereby ORDERED to appear at a Status Conference on December 7, 2007. A <u>joint</u> status conference statement shall be filed no later than

1  November 30, 2007.

2  **IT IS SO ORDERED.**

3  Dated: November 1, 2007

   MAXINE M. CHESNEY
4  United States District Judge