IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 707,<br><br>    Plaintiff,<br><br>  v.<br><br>CONNEX-ATC,<br><br>    Defendant.<br>_____/ | No. C-06-3757 MMC<br><br>**ORDER CONTINUING STATUS CONFERENCE; DENYING STIPULATION AS MOOT** |

   The Court having received the parties' Joint Status Report, filed November 29, 2007, in which the parties represent they have agreed upon an arbitrator and will be scheduling an arbitration, the Status Conference currently scheduled for December 7, 2007 is hereby CONTINUED to May 30, 2008 at 10:30 a.m.  A Joint Status Conference Statement shall be filed no later than May 23, 2008.

   In light of the continuance, the parties' Joint Stipulation to Appear by Telephone is hereby DENIED as moot.

   **IT IS SO ORDERED.**

Dated: November 30, 2007

MAXINE M. CHESNEY
United States District Judge