1  VINCENT A. HARRINGTON, JR., Bar No. 071119
   WEINBERG, ROGER & ROSENFELD
2  A Professional Corporation
   1001 Marina Village Parkway, Suite 200
3  Alameda, California 94501-1091
   Telephone 510.337.1001
4  Fax 510.337.1023

5  Attorneys for Plaintiff

6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | SERVICE EMPLOYEES INTERNATIONAL ) No.    C-06-3757 MMC
   | UNION, LOCAL 707,               )
12 |                                 )
   |            Plaintiff,           ) JOINT CASE MANAGEMENT
13 |                                 ) STATEMENT; REQUEST FOR
   |    v.                           ) DISMISSAL; ORDER OF DISMISSAL
14 |                                 )
   | CONNEX-ATC, A VEOLIA            )
15 | TRANSPORTATION COMPANY,         ) Date:    May 30, 2008
   |                                 ) Time:    10:30 a.m.
16 |            Defendant.           ) Courtroom of the Honorable Maxine M.
   |                                 ) Chesney

17
18
19
20
21
22
23
24
25
26
27
28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR DISMISSAL

1 | Pursuant to this Court's Order of December 3, 2007, the parties hereby report to the Court
2 | that the matter was settled on the eve of arbitration.
3 | The grievance which underlies the Petition in this case having been settled between the
4 | parties, the parties respectfully request that the Court dismiss this action, each side to bear its own
5 | costs and fees incurred.
6 | Dated: May 21, 2008

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
VINCENT A. HARRINGTON, JR.
Attorneys for Plaintiff

Dated: May 14, 2008

McMAHON BERGER

By: _____
JAMES N. FOSTER, JR.
Attorneys for Defendant

## ORDER

Pursuant to the status report of the parties and their joint request,

This matter is hereby DISMISSED, each party to bear their own costs and fees.

Dated: _____May 22_____, 2008

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

JOINT CASE MANAGEMENT STATEMENT; REQUEST FOR DISMISSAL